# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 26, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141665

SHERYL GALE JONES-COLLIER,
Personal Representative of the Estate of
MADELLE L. JONES, Deceased,
        Plaintiff-Appellee,

v

LOUIS CUNNINGHAM, CUNNINGHAM
ADVISORY SERVICES, INC., LOUIS
CUNNINGHAM TRUST, LEC PROPERTIES
a/k/a LEC PROPERTIES LTD., LEC
PROPERTIES LTD. PARTNERSHIP,
and LEC PROPERTIES PARTNERSHIP,
        Defendants-Appellants.
_____/

SC: 141665
COA: 289915
Wayne CC: 04-427696-CH

On order of the Court, the application for leave to appeal the April 22, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 26, 2011

_____
Clerk

d0125